# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**GEORGIA-PACIFIC LLC**  **CIVIL ACTION NO. 07-944-JJB-SCR**

**VERSUS**  **JUDGE: BRADY**

**HEAVY MACHINES, INC., ET AL.**  **MAGISTRATE JUDGE: REIDLINGER**

**RULING**

This matter is before the court on a Rule 12(e) Motion    for More Definite Statement (doc. 10) filed by Defendant, Heavy Machines, Inc. and American Safety Indemnity Company. Plaintiff has filed a response (doc. 12) which essentially moots the motion. Therefore, there is no need to wait for a reply brief.

In the state court petition, counsel for Plaintiff incorrectly named the owner of the Port Hudson facility, as Georgia-Pacific LLC, rather than Georgia-Pacific Consumer Operations LLC. Plaintiff's counsel sent a letter to Defendants' counsel asking Defendants to agree to the filing of an amended and supplemental pleading correctly naming the owner of the Port Hudson facility. Defendants' counsel signed the letter and Plaintiff filed a pleading (doc. 8): "amending and supplementing the name of the plaintiff Georgia-Pacific LLC to Georgia-Pacific Consumer Operations LLC."

Defendants then filed a Rule 12(e) Motion for More Definite Statement regarding the wording in clause one (reproduced above) of Plaintiff's Amended

Complaint. Their argument is that the Amended Complaint does not indicate whether its purpose is to replace Georgia-Pacific LLC with Georgia-Pacific Consumer Operations, LLC, or to join the later entity as an additional party.

Federal Rule of Civil Procedure 12(e) states that "(A) party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response." Plaintiff's opposition makes it abundantly clear that the sole plaintiff is Georgia-Pacific Consumer Operations, LLC, effectively mooting Defendants' motion.

For the foregoing reasons, Defendants' Rule 12(e) Motion for a More Definite Statement is DENIED. As a matter of housekeeping, the complaint is amended to reflect that the sole plaintiff is Georgia-Pacific Consumer Operations, LLC, and the clerk's office shall reflect this change on the docket sheet.

Baton Rouge, Louisiana, <u>February 26, 2008</u>.


JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA